■ In the Matter of WALLACE B.O., Respondent, v CHRISTINE S.-O., Appellant. [832 NYS2d 843]—Appeal from an order of the Family Court, Oneida County (Frank S. Cook, J.), entered December 30, 2005 in a proceeding pursuant to Family Court Act article 6. The order, among other things, determined that respondent is responsible for 90% of the fees of the guardian ad litem ($5,977.80) for services rendered in the underlying proceeding and for 50% of the fees of the guardian ad litem ($3,597.46) for services rendered on two prior appeals.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Gorski, J.P., Martoche, Centra, Lunn and Green, JJ.

■ In the Matter of CHRISTOPHER J.M., Appellant. WAYNE COUNTY ATTORNEY, Respondent. [832 NYS2d 844]—Appeal from an order of the Family Court, Wayne County (Dennis M. Kehoe, J.), entered August 11, 2006 in a proceeding pursuant to Family Court Act article 3. The order adjudged that respondent is a juvenile delinquent and placed him in the custody of the New York State Office of Children and Family Services for a period of 12 months.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Welch Foods v Wilson*, 262 AD2d 949, 951 [1999]). Present—Gorski, J.P., Martoche, Centra, Lunn and Green, JJ.